IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**PATRICK RAY MARTIN**  PLAINTIFF
Reg. #41528-424

v.  Case No. 2:22-cv-00122-KGB

**J. ABDULLAH**, *et al.*  DEFENDANTS

## ORDER

The Court has received the Recommended Disposition of United States Magistrate Judge Edie R. Ervin (Dkt. No. 7). Plaintiff Patrick Ray Martin has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*). The Court dismisses Mr. Martin's claims in the amended complaint against defendants Officer Pruett, Lieutenant Disney Medina, and Officer Cissell as barred by the statute of limitations (Dkt. No. 6). The Court dismisses Mr. Martin's claims in the amended complaint against defendants Counselor Curiel, Officer Bass, and Assistant Warden Abdullah for failure to state a plausible claim for relief (*Id.*). The Court declines to exercise supplemental jurisdiction over Mr. Martin's state law claims in the amended complaint (*Id.*). The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this dismissal would be frivolous and not taken in good faith.

It is so ordered this 6th day of February, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge